IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COLT & JOE TRUCKING LLC,

    Plaintiff,

v.                                                      Civ. No. 24-391 JHR/GBW

U.S. DEPARTMENT OF LABOR, *et al.*,

    Defendants.

## SCHEDULING ORDER

THIS MATTER comes before the Court on the parties' Joint Motion for Schedule for Administrative Record Production and Briefing, and for Page Limits. *Doc. 15*. The Court, being advised of the premises, finds the Motion is well taken and GRANTS the requested relief.

Consistent with *Olenhouse v. Commodity Credit Corp.*, 42 F.3d 1560 (10th Cir. 1994), the Court adopts the following schedule for resolution of this case, with the page limits indicated:

    1.    **July 17, 2024** - DEFENDANTS shall file a certification of the contents of the administrative record by this date.

    2.    **Aug. 2, 2024** - PLAINTIFF shall file its motion for summary judgment by this date, limited to 35 pages.

    3.    **Aug. 30, 2024** - DEFENDANTS shall file their consolidated cross-motion to dismiss or alternatively for summary judgment and response to plaintiff's motion for summary judgment by this date, limited to 35 pages.

4. **Sept. 20, 2024** - PLAINTIFF shall file its consolidated reply in support of its motion for summary judgment and its response to defendants' motion to dismiss or alternatively for summary judgment by this date, limited to 25 pages.

5. **Oct. 11, 2024** - DEFENDANTS shall file their reply in support of their motion to dismiss or alternatively for summary judgment by this date, limited to 25 pages.

Any claims or defenses not raised in the opening or response briefs will be deemed to have been waived. All other scheduling and discovery requirements are hereby vacated.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE