IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| COLT & JOE TRUCKING LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 1:24-cv-00391-KWR-GBW |
| JULIE SU, in her official capacity as Secretary of Labor, United States Department of Labor, JESSICA LOOMAN, In her official capacity as Principal Deputy Administrator, Division of Wage and Hour, and UNITED STATES DEPARTMENT OF LABOR, | § § § § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO FILE *AMICUS CURIAE* BRIEF

This order addresses Dr. Liya Palagashvili's Unopposed Motion to File *Amicus Curiae* Brief (the "Motion"). Having considered the Motion, the fact that the Motion is unopposed and that all parties consent to the filing of the *amicus curiae* brief in question, and all other papers on file in this matter, the Court has determined that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Dr. Liya Palagashvili's Unopposed Motion to File *Amicus Curiae* Brief is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to file with the papers of this case the Brief of *Amicus Curiae* Dr. Liya Palagashvili attached to the Motion.

SIGNED this 19th day of August 2024.

/S/ KEA W. RIGGS
UNITED STATES DISTRICT JUDGE