# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| COLT & JOE TRUCKING LLC, | No. 1:24-cv-391-KWR-GBW |
| *Plaintiff,* | |
| v. | Judge Kea W. Riggs |
| U.S. DEPARTMENT OF LABOR, et al., | Chief Magistrate Judge Gregory B. Wormuth |
| *Defendants.* | |

## NOTICE OF WITHDRAWAL

Notice is hereby given that John T. Lewis withdraws as counsel for Defendants in the above-captioned matter and requests that his name be removed from the docket. Defendants will continue to be represented by the other counsel of record who have entered an appearance.

Dated: January 16, 2025

Respectfully submitted,

*/s/ John T. Lewis*
JOHN T. LEWIS (D.C. Bar No. 1033826)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ John T. Lewis*
John T. Lewis